UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| James Kevin Roberts, | ) | Civil Action No. 5:16-cv-02801-RBH-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

On August 11, 2016, Plaintiff, appearing through counsel, filed this action appealing a denial of social security benefits. ECF No. 1. Defendant filed an answer and copy of the administrative record on December 20, 2016. ECF Nos. 12, 13. Plaintiff's brief in support of his appeal was due by January 19, 2017. *See* Local Rule 83.VII.04 (D.S.C.); *see also* ECF No. 12. The time for filing Plaintiff's brief was extended to February 21, 2017 on motion of counsel. ECF No. 17. To date, however, Plaintiff has not filed his brief, nor has counsel communicated with the court regarding the extended deadline.

Accordingly, it appears to the court that Plaintiff may wish to abandon this action. If Plaintiff wishes to pursue his appeal, he is ordered to file a brief in support of his appeal no later than **March 9, 2017**. Plaintiff is advised that if he fails to comply with this deadline, the undersigned may recommend that this matter be dismissed with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

February 23, 2017                                Kaymani D. West
Florence, South Carolina                         United States Magistrate Judge